Dated: March 15, 2010.
          , New York

Hon. Margaret Cangilos-Ruiz
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re:                                          Case No. 09-32006

JAYSON R. BRECKHEIMER, a/k/a
BRECKHEIMER ENTERPRISES, INC.                   Adversary Proceeding No. 09-50127

                Debtor.

BUSCH PRODUCTS, INC.,

                Plaintiff           ORDER APPROVING OF
                                                SETTLEMENT
R. v
JAYSON BRECKHEIMER, a/k/a
BRECKHEIMER ENTERPRISES, INC.

                Defendant.

The above captioned matter having come on before this Court upon the Motion of the Debtor/Defendant, seeking an Order approving of a certain Stipulation entered into by and between the Plaintiff and the Defendant in the above captioned Adversary Proceeding, and notice having been given to all creditors and other parties in interest in accordance with the

provisions of the Bankruptcy Code, and the said Notice of Motion having contained notice pursuant to Federal Rule of Bankruptcy Proceeding 9013-4 and there being no written opposition served or filed and accordingly the motion has been considered as unopposed and due deliberation having been had thereon it is hereby,

ORDERED, that the terms of the settlement outlined in the Motion are approved; and it is further

ORDERED, the Adversary Proceeding commenced by the Plaintiff be and the same hereby is discontinued.

###